(November 2, 1922.)

A. R. LUNDIN and REUBEN MAY, Copartners Doing Business Under the Firm Name and Style of LUNDIN & MAY FOUNDRY & MACHINE COMPANY, Respondents, v. WILLIAM F. DAVIS and G. R. NICKEY, Copartners, Doing Business Under the Firm Name and Style of NICKEY & DAVIS, and Said NICKEY & DAVIS, Defendants, and G. R. NICKEY, Appellant.

[210 Pac. 579.]

APPEAL from the District Court of the Sixth Judicial District, for Lemhi County. Hon. F. J. Cowen, Judge.

Action to recover for goods, wares and merchandise sold and delivered. From judgment for plaintiff, appellant Nickey appeals. *Reversed.*

E. W. Whitcomb, for Appellant Nickey.

A. C. Cherry, for Respondents.

LEE, J.—The questions which are presented by this appeal are identical with those discussed in the companion case, *Bogue Supply Co. v. Nickey et al., ante,* p. 249, 210

Pac. 577. By agreement of all parties, the two actions below were consolidated for the purposes of the trial, and both were tried at the same time and to the same jury, which rendered separate verdicts upon which separate judgments were entered, respondents in this case being a copartnership instead of a corporation.

Upon the authority of that case and for the reasons therein stated, the judgment in this case is reversed and the cause remanded, with instructions to vacate the judgment and grant a new trial. Costs awarded to appellant.

McCarthy and Dunn, JJ., concur.